**EXHIBIT 16**



**EXHIBIT 17**

 **ORIGINAL**

TRANSCRIPT OF TAPE-RECORDED

VOICEMAIL

DECEMBER 11, 2012


IN THE CASE OF

HOME GAMBLING NETWORK, INC. AND MEL MOLNICK VS.

CHRIS PICHE, ET AL.


JOB NO.:   195709-B

t 800.330.1112
f 702.631.7351

www.litigationservices.com

3770 Howard Hughes Pkwy, Ste 300
Las Vegas, Nevada 89169

Page 2

FEMALE:  Hi, Chris. This is Sana Torres [ph]. Um, I called -- talked to you earlier this morning and I'm trying to get a hold of you.

Um, I guess I'll try back in a little bit and hope, uh, your meeting went well. I'll talk to you soon. Thanks. Bye.

I, Chris Naaden, a transcriber, hereby declare under penalty of perjury that to the best of my ability the above 2 pages contain a full, true and correct transcription of the tape-recording that I received regarding the event listed on the caption on page 1.

I further declare that I have no interest in the event of the action.

November 15, 2013
Chris Naaden


X _____

(Voicemail, 12/11/12)

**EXHIBIT 18**

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA


HOME GAMBLING NETWORK, INC., )
et al.,                      )    CASE No. 2:05-CV-0610-DAE-VCF
                             )
            Plaintiffs,      )
                             )
        vs.                  )
                             )
CHRIS PICHE, et al.,         )
                             )
            Defendants.      )    Las Vegas, Nevada
                             )    December 11, 2012
_____)    10:08:03 a.m.
And related cases and parties)


**EVIDENTIARY HEARING**


THE HONORABLE CAM FERENBACH PRESIDING
MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT


Proceedings recorded by electronic sound recording, transcript
produced by transcription service.

APPEARANCES:


FOR THE PLAINTIFFS:          CRAIG A. MARQUIZ, Esq.
                             Marquiz Law Office
                             3088 Via Flaminia Court
                             Henderson, Nevada  89052
                             marquizlaw@cox.net


                             SID LEACH, Esq.
                             Snell & Wilmer, L.L.P.
                             One Arizona Center
                             400 East Van Buren
                             Phoenix, Arizona  85004-2202
                             sleach@swlaw.com



FOR THE DEFENDANTS:          JACOB REYNOLDS, Esq.
                             Hutchison & Steffen
                             10080 West Alta Drive, Suite 200
                             Las Vegas, Nevada  89145
                             jreynolds@hutchlegal.com

                             PHILIP A. KANTOR, Esq.
                             Law Offices of Philip A. Kantor, P.C.
                             1781 Village Center Circle, Suite 120
                             Las Vegas Nevada 89134
                             PRSAK@aya.yale.edu

## WITNESS and EXHIBIT INDEX

### **Witnesses**

WITNESSES FOR THE PLAINTIFFS:                    PAGE #

None.



WITNESSES FOR THE DEFENDANT:

SERGEY SVERCHKOV
        Direct Examination by Mr. Reynolds          21
        Cross-Examination by Mr. Leach             120
        Examination by Mr. Reynolds                142
        Examination by Mr. Leach                   143
        Redirect Examination by Mr. Reynolds       143
        Examination by Mr. Leach                   163
        Recross Examination by Mr. Leach           174

\* \* \* \* \*

### **Exhibits**

EXHIBITS FOR THE PLAINTIFF:                     ADMITTED

None.




EXHIBITS FOR THE DEFENDANT:

None.

\* \* \* \* \*

 1 | LAS VEGAS, NEVADA                    TUESDAY, DECEMBER 11, 2012

 2 |               PROCEEDINGS BEGAN AT 10:08:03 A.M.

 3 |                       *  *  *  *  *

 4 |         THE COURT:  Good morning.  Please be seated.

 5 |         THE CLERK:  This is the time set for an evidentiary

 6 | hearing in 05-Civil-610-DAE-VCF, Home Gambling Network, Inc.,

 7 | et al, versus Chris Piche, et al.

 8 |         Counsel, please note your appearances for the

 9 | record.

10 |         MR. LEACH:  Your Honor, Sid Leach for the

11 | plaintiff.  And seated next to me at counsel table is our

12 | expert, Dr. Sam Alapati.

13 |         THE COURT:  Mr. Alapati.  Okay.  Thank you, Mr.

14 | Leach.

15 |         MR. MARQUIZ:  And Your Honor, good morning.  Craig

16 | Marquiz, also on behalf of plaintiffs.  And in the courtroom

17 | is our company representative's son who -- representative --

18 | this is Jessie Molnick --

19 |         THE COURT:  Oh.

20 |         MR. MARQUIZ:  -- couldn't be here today, but we

21 | have his son here today on his behalf.

22 |         THE COURT:  Thank you.  Thank you.  All right.  So

23 | you have a court reporter.  Welcome.

24 |         MR. MARQUIZ:  We do, Your Honor.  Let me put one

25 | thing on the record.

```
1            THE COURT:  Okay.

2            MR. MARQUIZ:  Dr. Alapati is hearing impaired so we

3  have a court reporter doing real time so that he'll be able

4  to not only hear but also see visually on the screen what

5  people are saying today.

6            THE COURT:  Okay.  And we'll all try to speak up

7  too, Mr. Alapati.

8            MR. REYNOLDS:  Your Honor, Jacob Reynolds from the

9  law firm of Hutchison & Steffen.

10           THE COURT:  Okay.

11           MR. REYNOLDS:  With me is Philip Kantor.

12           THE COURT:  Mr. Kantor.  Yes.

13           MR. REYNOLDS:  And next to us is Sergey Sverchkov

14  from Belarus.

15           THE COURT:  Mr. Sverchkov, welcome.

16           MR. REYNOLDS:  Chris Piche, one of the defendants,

17  is here --

18           THE COURT:  Mr. Piche.

19           MR. REYNOLDS:  -- as well as Daniella Camacho.

20  She's an employee --

21           THE COURT:  Ms. Camacho.

22           MR. REYNOLDS:  -- of the defendant Entity.

23           THE COURT:  All right.  Thank you.

24           Okay.  So I've reviewed Judge Ezra's order of, I

25  hate to say May 14th, 2012.  And I -- this has just been a
```

1  difficult case, being as I wasn't involved at the beginning

2  and trying to get a handle on exactly what's expected, and

3  really sort of novel circumstances.

4          But it's clear that the Judge ordered this matter

5  remanded for a new evidentiary hearing.  And in reviewing

6  matters, I note in a joint prehearing statement, which was

7  filed on July 18th, 2012, the parties agreed on this statement

8  of the issues.  So I think that's going to be helpful.  We'll

9  have the issues at least agreed to, and I'll just read them

10 into the record.

11         (A) was:  "Did the defendants fail to produce the

12     database as ordered by the court?"

13         "(B) if yes, was defendants' failure to do so

14 intentional, willful, or in bad faith?"

15         And then, "(C), are terminating sanctions

16 appropriate?

17         So those are the issues I'm faced with.  I'm to

18 consider evidence again and to decide this.  And the reason

19 we're doing another evidentiary hearing, as I understand it

20 is, during the objection more evidence was proffered on both

21 sides and then at the hearing more evidence was proffered.

22         And so the Judge recognized, Judge Ezra that

23 Magistrate Judge Leavitt didn't have that evidence at the

24 time of his decision, so the remand is for me to consider

25 this evidence.

2:05-CV-0610-DAE-VCF      Home Gambling v. Piche      12/11/12    **Evidentiary
                                                                    Hearing**
NW TRANSCRIPTS, LLC - Nevada Division
P.O. Box 890
Nampa, Idaho 83653-0890
(208) 989-3455 - gayle@nwranscripts.com                              6

1  very clear about this, and I think this Court has been very

2  clear about this, we were going to use what was in the

3  record and just go over what's in the record.  And Your

4  Honor wanted a visual presentation of what we've already

5  submitted so that you can do a finding of fact on evidence

6  and that's what we've come prepared to do today.  Mr.

7  Sverchkov is just going to go through his report line by

8  line.

9          THE COURT:  That would be -- let me see here, is

10  that --

11          MR. REYNOLDS:  It's Document 264.

12          THE COURT:  265-4.

13          MR. REYNOLDS:  265-4.

14          THE COURT:  Okay.  I've got that.

15          MR. REYNOLDS:  And it's Exhibit 7 to that document.

16  Just goes line by line.  And then show through the record the

17  different reports that were run based on that, and different

18  reports that Mr. Beall ran, based on with users12 offline,

19  what errors he got.  And we can show -- we can duplicate

20  those errors.  We take users12 offline, duplicate the

21  errors, show the account is the same, put it back online,

22  show the difference, no errors, and the different count.

23  And that's what we came prepared to do because that is solely

24  considering the evidence already in the record.

25          What I also want to do, Your Honor, is we're

2:05-CV-0610-DAE-VCF     Home Gambling v. Piche     12/11/12     **Evidentiary
                                                                                Hearing**
NW TRANSCRIPTS, LLC - Nevada Division
P.O. Box 890
Nampa, Idaho 83653-0890                                                          10
(208) 989-3455 - gayle@nwranscripts.com

 1    prepared to move today to exclude Mr. Alapati from these

 2    proceedings entirely because my understanding that the

 3    reason he was going to be coming was not to be an additional

 4    expert.  That goes completely contrary to the district

 5    courts -- district court's order saying it was clear at the

 6    hearing this is not an opportunity for the parties to procure

 7    additional experts.

 8         Mr. Beall is available.  We have proved that today.

 9    We've had a private investigator -- a private investigator

10    follow him yesterday.  He went home, he arrived at 5 o'clock

11    at his house.  This morning she set an appointment with him

12    to meet with him this afternoon.  He is available.  And for

13    his not to be here is telling, because he had a full and fair

14    opportunity to respond to our expert report.

15         Counsel says they need -- they need another

16    opportunity.  They need a fair opportunity to respond to

17    Sergey Sverchkov's report.  That's false at this time.

18         The District Court Judge, Judge Ezra, cured any

19    concern there because he accepted Chris Beall's rebuttal

20    expert report at the hearing six months after Sergey

21    Sverchkov's report was recognized by them in the record.

22         So they already have a declaration in the record

23    that the district court accepted and said okay, here's the

24    final rebuttal.  That's it.  And he closed -- he accepted

25    that document, a rebuttal expert report.  It's called

2:05-CV-0610-DAE-VCF    Home Gambling v. Piche    12/11/12    **Evidentiary
Hearing**

NW TRANSCRIPTS, LLC - Nevada Division
P.O. Box 890
Nampa, Idaho 83653-0890
(208) 989-3455 - gayle@nwranscripts.com                          11

```
 1   rebuttal declaration from Chris Beall, their expert.  And

 2   the Court said I'm going to accept this, nothing more.

 3            And to bring in another expert, who we never

 4   deposed, never met, never examined, is highly prejudicial to

 5   us.  We have no idea what he's going to say today.

 6            THE COURT:  Okay.  Anything else?

 7            MR. REYNOLDS:  Just move to exclude him.

 8            THE COURT:  All right.

 9            MR. REYNOLDS:  We're going to be going off -- over

10   sealed documents in this case.  We have a protective order in

11   this case.  We want -- we want the hearing sealed.

12            THE COURT:  All right.  Okay.

13            Well, let me hear from Mr. Leach.

14            MR. LEACH:  Your Honor, I think that what the

15   defendants are trying to do, it's very important for them if

16   -- that we not be allowed to point out to the Court that what

17   their expert is going to say to you today is false, and we

18   believe it is false.

19            I don't think that Judge Ezra envisioned that you

20   would conduct an evidentiary hearing and the defendants would

21   be allowed to present evidence to you that was not true, and

22   we wouldn't have an opportunity to rebut them.

23            Mr. Alapati is not an additional expert.  He's a

24   replacement expert.  He's the only expert we've got.

25            And Mr. Beall is involved in running a company.
```

2:05-CV-0610-DAE-VCF    Home Gambling v. Piche     12/11/12    **Evidentiary
                                                                 Hearing**
NW TRANSCRIPTS, LLC - Nevada Division
P.O. Box 890
Nampa, Idaho 83653-0890
(208) 989-3455 - gayle@nwranscripts.com          12

```
 1   He's responsible for it.  It's a closely held software

 2   development company, and he doesn't have the time to get

 3   prepared for the hearing or to show up here today.  He

 4   basically works online from his house and he's -- he told me

 5   there's no way that he could devote the time to get ready to

 6   be prepared to come here today, so.  We --

 7           THE COURT:  Well, are you still relying on Mr.

 8   Beall's report that it --

 9           MR. LEACH:  No.  Well, no we're --

10           THE COURT:  -- to the extent it's in the record?

11           MR. LEACH:  Well, I think that it -- that Mr.

12   Alapati would say the same thing that Mr. Beall said.

13           THE COURT:  All right.

14           MR. LEACH:  So we're not saying that Mr. Beall's

15   -- whatever evidence that we've got from him should be

16   disregarded, simply that Mr. Alapati verifies everything

17   that he said.  And to the extent we need to rebut these --

18   what they're going to show you today, we're prepared to have

19   Mr. Alapati do that.  But he's not going to say something --

20   anything different from what Mr. Beall said.

21           THE COURT:  All right.  Well -- okay.  Hold on.

22           Yes, Mr. Reynolds?

23           MR. REYNOLDS:  Your Honor, here's a significant

24   problem.  We -- before the first evidentiary hearing we asked

25   to depose Mr. Beall before we had an evidentiary hearing, and
```

1    we were denied the request.  So we showed up -- and that's

2    the first time that we learned he wasn't Oracle database

3    certified.  That's the first time we learned he hadn't

4    prepared a database in ten years.  He hadn't copied a

5    database in ten years.

6            Now if Mr. Alapati's going to testify to those same

7    facts, then great, let's put him up there.  But there's a

8    reason they didn't bring Mr. Beall today.

9            THE COURT:  All right.  Well, I hear your

10   argument.

11           MR. REYNOLDS:  And it's because he's not an

12   expert.

13           THE COURT:  But if --

14           MR. REYNOLDS:  And --

15           THE COURT:  Sorry, go ahead.

16           MR. REYNOLDS:  And that's the problem with this

17   case, Your Honor, is a competent person with these competent

18   Oracle database administrator, Oracle certified database

19   administrator would have solved this problem without all of

20   this expense today.  And that's what our report -- that's what

21   Sergey Sverchkov's report responds to.

22           The second point, Your Honor, and I don't want it

23   overlooked.  Their continual claim that they need to be able

24   to rebut what Sergey Sverchkov's going to say today, please

25   remember that what we are going to do is just go through his

2:05-CV-0610-DAE-VCF     Home Gambling v. Piche        12/11/12      **Evidentiary
                                                                      Hearing**
                    NW TRANSCRIPTS, LLC - Nevada Division
                               P.O. Box 890
                        Nampa, Idaho 83653-0890
                (208) 989-3455 - gayle@nwranscripts.com                    14

 1          THE COURT:  -- p.m.  Or no, 3:51.

 2          MR. LEACH:  And that would be 2011, right?

 3          THE COURT:  2012.  2012.

 4          MR. LEACH:  12, oh, oh, right, right, okay, 2012.

 5          THE COURT:  Yeah, I didn't become a judge till

 6  October 2011.

 7          MR. LEACH:  All right.

 8          THE COURT:  So I know it was after that, okay.

 9          MR. REYNOLDS:  Your Honor, did we get an exact date

10  on the due -- the date of the brief so it is --

11          THE COURT:  What's today?

12          MR. REYNOLDS:  Can't remember if you said 7 or 8

13  days.

14          THE COURT:  Well, I said 8 -- but I was thinking 8

15  pages.  A week.

16          MR. REYNOLDS:  Okay.

17          THE COURT:  So let's --

18          THE CLERK:  You said a week.

19          THE COURT:  What's today?

20          THE CLERK:  Today's the 11th.

21          MR. REYNOLDS:  Today --

22          MR. SVERCHKOV:  Today's Tuesday, the 11th.

23          THE COURT:  The 11th.  Okay, the 18th.

24          MR. REYNOLDS:  18th?

25          THE COURT:  Yeah, get it in by 4:00 on the 18th

 1  please.

 2          MR. REYNOLDS:  4:00 p.m.  Okay.

 3                  (Off-record colloquy)

 4          THE CLERK:  Okay, Court is adjourned.

 5          PROCEEDINGS CONCLUDED AT 4:06:07 P.M.

 6                  * * * * * *

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2:05-CV-0610-DAE-VCF    Home Gambling v. Piche    12/11/12    **Evidentiary Hearing**

NW TRANSCRIPTS, LLC - Nevada Division
P.O. Box 890
Nampa, Idaho 83653-0890
(208) 989-3455 - gayle@nwranscripts.com

203

## CERTIFICATION

I (WE) CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM
THE ELECTRONIC SOUND RECORDING OF THE PROCEEDINGS IN THE
ABOVE-ENTITLED MATTER.


**NW TRANSCRIPTS, LLC**
**NEVADA DIVISION**
**P.O. BOX 890**
**NAMPA, IDAHO 83653-0890**
**(208) 989-3455**
**gayle@nwtranscripts.com**


/s/ Gayle Martin-Lutz
FEDERALLY CERTIFIED MANAGER/OWNER

Kari Riley, Kay McCrea &
Christina Jackman                    12/16/12
TRANSCRIBERS                         DATE

2:05-CV-0610-DAE-VCF      Home Gambling v. Piche      12/11/12      **Evidentiary**
                                                                   **Hearing**
NW TRANSCRIPTS, LLC – Nevada Division
P.O. Box 890
Nampa, Idaho 83653-0890
(208) 989-3455 – gayle@nwranscripts.com          204