1  Thomas T. Carmack (SBN 229324)
   Agility IP Law
2  149 Commonwealth Drive
   Menlo Park, California 94025
3  Office: (650) 227-4800
   Fax: (650) 318-3483
4  tom@agilityiplaw.com

5  *Attorneys for Defendants*
   *Christopher Piche, Inversiones*
6  *V.C. Dos Mil, S.A., dba Casinowebcam.com,*
   *and Eyeball Networks, Inc.*
7

8

9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CHRIS BEALL, HOME GAMBLING NETWORK, INC., and MEL MOLNICK, | Case No. 13-cv-80284-MISC |
| Movants, | Related to District of Nevada Case 2:05-cv-00610-DAE-LRL |
| v. | **STIPULATION AND ORDER FOR EXTENSION OF TIME** |
| CHRIS PICHE, et al., | |
| Defendants/Respondents. | |
| In re: SUBPOENA ISSUED TO CHRIS BEALL FOR DEPOSITION AND PRODUCTION OF DOCUMENTS | |

IT IS HEREBY STIPULATED by and between the parties hereto through their undersigned counsel that the time within which Defendants have to respond to Movants' ***CHRIS BEALL, HOME GAMBLING NETWORK, INC., AND MEL MOLNICK'S NOTICE OF MOTION, MOTION, AND MEMORANDUM IN SUPPORT OF MOTION TO QUASH SUBPOENA AND FOR***

1  *PROTECTIVE ORDER TO ENFORCE RULE 16 SCHEDULING ORDER DISCOVERY*

2  *DEADLINE* shall be extended to Friday, January 3, 2014.

3

4  AGILITY IP LAW, LLP                            SNELL & WILMER LLP

5

6  /s/ Thomas T. Carmack                          /s/ Sid Leach
   Thomas T. Carmack, (SBN 229324)                Sid Leach, (019519)
   Agility IP Law                                 Snell & Wilmer LLP
7  149 Commonwealth Drive                         One Arizona Center
   Menlo Park, California 94025                   400 East Van Buren
8                                                 Phoenix, AZ 85004-2202

9  *Attorneys for Defendants,*
   *Christopher Piche, Inversiones V.C. Dos*      *Attorneys for Plaintiffs*
   *Mil, S.A., dba Casinowebcam.com, and*         *Home Gambling Network, Inc.*
10 *Eyeball Networks, Inc.*                       *and Mel Molnick*

11

12

13

14
                                    **ORDER**
15

16

17         IT IS HEREBY ORDERED.

           Dated this __2__ day of January, 2014.
18

19

20

21
                                        _____
22                                             United States District Judge

23

24

25

26

27

28

Stipulation and Order                  - 2 -              Misc. Case No. CV13-80284

1 **FILER'S ATTESTATION**

2   I, Thomas T. Carmack, am the ECF User whose ID and password are being used to file

3 "Stipulation and [Proposed] Order Regarding Trial Exhibits." I hereby attest that concurrence in the

4 filing of this document has been obtained from each of the other signatories.

5

6 Dated: December 30, 2013                                  AGILITY IP LAW, LLP

7

8                                                           By: /s/ Thomas T. Carmack
                                                                 Thomas T. Carmack
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order                    - 3 -                    Misc. Case No. CV13-80284

# CERTIFICATE OF SERVICE

I, Sherri Mills, declare:

I am employed in San Mateo County.  I am over the age of 18 years and not a party to the within action.  My business address is Agility IP Law, LLP, 149 Commonwealth Drive, Menlo Park, California 94025.

On this date, I served:

1. **STIPULATION AND ORDER FOR EXTENSION OF TIME**
2. **DECLARATION OF THOMAS T. CARMACK, PURSUANT TO L.R. 6-2, IN SUPPORT OF STIPULATOIN AND ORDER FOR EXTENSION OF TIME**

☒ By forwarding the document(s) by electronic transmission on this date to the Internet email address listed below and via United States Mail:

| | |
|---|---|
| Sid Leach<br>sleach@swlaw.com<br>SNELL & WILMER L.L.P.<br>One Arizona Center<br>400 E. Van Buren<br>Phoenix, AZ  85004-2202<br>Telephone:  (602) 382-6372<br>Facsimile:   (602) 382-6070<br><br>Craig A. Marquiz<br>marquizlaw.@cox.net<br>MARQUIZ LAW OFFICE<br>3088 Via Flaminia Court<br>Henderson, NV  89052<br>Telephone:  (702) 263-5533<br>Facsimile:   (702) 263-5532<br><br>Attorneys for Witness *Chris Beall* and for Plaintiffs *Home Gambling Network, Inc.* and *Mel Molnick* | Mark A. Hutchinson<br>mhutchison@hutchlegal.com<br>Jacob A. Reynolds<br>jreynolds@hutchlegal.com<br>HUTCHISON & STEFFEN, LLC<br>Peccole Professional Park<br>10080 West Alta Drive, Suite 200<br>Las Vegas, NV  89145<br>Telephone:  (702) 385-2500<br>Facsimile:   (702) 385-2086<br><br>Attorneys for Plaintiffs *Chris Piche, Inversiones V.C. Dos Mil, S.A.,* and *Eyeball Networks, Inc.* |

I am readily familiar with Agility IP Law's practice for collection and processing of documents for delivery according to instructions indicated above.  In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at Menlo Park, California on December 30, 2013.

  /s/ Sherri Mills  
Sherri Mills